UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. YANDRISOVITZ and CHARLOTTE F. YANDRISOVITZ, Plaintiffs, v. OHIO STATE LIFE INSURANCE COMPANY and AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, Defendants. | No. 5:18-cv-1036 |

# **O R D E R**

**AND NOW**, this 31st day of August, 2018, for the reasons expressed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 3, is **DENIED** with respect to Count I of Plaintiffs' Complaint and **GRANTED** with respect to Counts II-V of Plaintiffs' Complaint.

2. Counts II, IV, and V of Plaintiffs' Complaint are **DISMISSED without prejudice**.

3. Count III of Plaintiffs' Complaint is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge